# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; WARNERTAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; COMBINE MUSIC CORP.; PAINTED DESERT MUSIC CORPORATION; SONY/ATV SONGS, LLC d/b/a SONY/ATV TREE PUBLISHING,<br><br>    Plaintiffs,<br><br>v.<br><br>TWIN KEGS #2, LLC d/b/a TWIN KEGS II; and TODD ROSSBACH, each individually,<br><br>    Defendants. | CIVIL ACTION NO.: 3:23-cv-01039<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55, and for the reasons stated in the Memorandum in Support of Motion for Default Judgment filed contemporaneously herewith, Plaintiffs respectfully move this Court for entry of default judgment ordering that:

(a) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(b) Defendants pay statutory damages in the amount of $23,100, which represents an award of $5,775 for each of the four claims of infringement, pursuant to 17 U.S.C. § 504(c);

(c) Defendants pay plaintiffs' costs, including reasonable attorney's fees in the amount of

$5,188 pursuant to 17 U.S.C. § 505;

    (d) Defendants pay interest on these awards pursuant to 28 U.S.C. § 1961.

This motion is supported by the Declarations of Katie Poulos Moore, Steve Ogden, and Jeremey R. Goolsby attached hereto as Exhibits 1, 2, and 3, which establish Plaintiffs' claims for relief.

Respectfully submitted,

*/s/ Jeremey R. Goolsby*
Jeremey R. Goolsby, BPR No. 034505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
Email: jgoolsby@fbtlaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronical mail and U.S. Mail this 8th day of January 2024 upon the following:

Todd Rossbach
2204 Fox Avenue
Nashville, TN 37210
roddross007@gmail.com

Twin Kegs #2, LLC d/b/a Twin Keggs II
c/o Todd L. Rossbach, Registered Agent
2204 Fox Avenue
Nashville, TN 37210
roddross007@gmail.com

                                                                              */s/ Jeremey R. Goolsby*

0153313.0777309   4864-7140-8795v1