# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| BROADCAST MUSIC, INC.;<br>WARNERTAMERLANE<br>PUBLISHING CORP.;<br>ELEKSYLUM MUSIC INC.; NO<br>SURRENDER MUSIC, a division of PRAXIS<br>INTERNATIONAL COMMUNICATIONS,<br>INC.; COMBINE MUSIC CORP.; PAINTED<br>DESERT MUSIC CORPORATION;<br>SONY/ATV SONGS, LLC d/b/a SONY/ATV<br>TREE PUBLISHING,<br><br>        Plaintiffs,<br><br>v.<br><br>TWIN KEGS #2, LLC d/b/a TWIN KEGS II;<br>and TODD ROSSBACH, each individually,<br><br>        Defendants. | CIVIL ACTION NO.:  3:23-cv-01039<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Plaintiffs filed the Complaint in this action on October 5, 2023.  In compliance with Fed. R. Civ. P. 4(c), Defendants Twin Kegs #2, LLC and Todd Rossbach were served with a copy of the Summons, Complaint, and Mandatory Disclosures on October 13, 2023. [Doc. Nos. 16, 17]. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants Twin Kegs #2, LLC d/b/a Twin Kegs II, and Todd Rossbach were required to file and serve its Answer on Plaintiffs no later than November 3, 2023.  To date, no responsive pleading has been filed or served.

Plaintiff Broadcast Music, Inc. ("BMI") is a "performing rights society" which licenses the right to publicly perform a repertoire of 20.6 million copyrighted musical compositions works on behalf of the copyright owners of these works.  *See* 17 U.S.C.  § 101   The other Plaintiffs are the

copyright owners of the three individual compositions which are the subject of this lawsuit from whom BMI has acquired the non-exclusive public performance rights. (*See* Exhibit 1 to Motion for Default Judgment, Declaration of Katie Poulos Moore ("Poulos Moore Declaration") at ¶¶ 2, 3).

BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the right to publicly perform any of the works in BMI's repertoire by means of "blanket license agreements." (Poulos Moore Declaration, ¶ 2). These agreements have been recognized as the most efficient means to exploit copyright owners' public performance rights.

The Defendants, Twin Kegs #2, LLC and Todd Rossbach, each individually, (collectively "Defendants") own and operate Twin Kegs II, located at 327 Hermitage Ave., Nashville, TN 37211, which regularly features performances of live and recorded music. (*See* Exhibit 2 to Motion for Default Judgment, Declaration of Steve Ogden ("Ogden Declaration") at ¶ 3).

Between September 2020 and June 2023, BMI repeatedly informed the Defendants of the need to obtain permission for public performances of copyrighted music. BMI offered to enter into a blanket license agreement with the Defendants, but the Defendants did not do so. (Ogden Declaration, ¶ 3, 4, 7, 8, and 9). BMI's records indicate that BMI licensing personnel telephoned the Defendants on Thirty-Eight (38) occasions and (Number of letters sent) letters. (Ogden Declaration ¶ 8).

The Complaint seeks an injunction, statutory damages, the costs of this action, and reasonable attorneys' fees for copyright infringement. In light of Defendants' default, Plaintiffs request judgment awarding each of these forms of relief. Liability for copyright infringement is established where the defendant defaults as "the facts alleged in the pleadings are assumed to be true." *Broad. Music, Inc. v. DeGallo, Inc.,* 872 F. Supp. 167, 168 (D.N.J. 1995); *See also, Broad.*

*Music, Inc. v. R Bar of Manhattan, Inc.,* 919 F. Supp. 656 (S.D.N.Y. 1996).

Within the limits of $750 and $30,000 per infringement, the amount of any statutory damages award is within the discretion of this Court. 17 U.S.C. §504(c) (1999). For the four (4) acts of infringement described in the Complaint, Plaintiffs request a reasonable total award of $23,100. This constitutes an award of $5,775 for each of the four (4) infringements. The total amount requested is approximately three times the amount Plaintiffs would have received in licensing fees from Defendants to date had their establishment properly been licensed. (*See* Ogden Declaration ¶ 16.)

Courts consistently have held that a statutory damages award between two and three times the amount of licensing fees that the plaintiff would have received in licensing fees is appropriate under Section 504(c). *See Chi-Boy Music v. Charlie Club, Inc.,* 930 F.2d 1224, 1229-30 (7th Cir. 1991); *Broadcast Music, Inc. v. DeGallo, Inc.,* 872 F. Supp 167, 169 (N.J. 1995); *Rodgers v. Eighty Four Lumber Co.,* 623 F. Supp. 889, 892 (W.D. Pa. 1985). *Dream Dealers Music v. Parker,* 924 F. Supp. 1146, 1153 (S.D. Ga. 1994) (awarding three times what defendant would have paid ASCAP to be licensed). *See also Sailor Music v. IML Corp.,* 867 F. Supp. 565, 570 (E.D. Mich. 1994) (reviewing "a survey of statutory awards throughout the country, all of which indicate that the courts typically award three times the amount of a properly purchased license for each infringement").

Courts considering awards of statutory damages have recognized that awards in the range of $3,000-$5,000 per infringement or higher are appropriate in cases where the infringement resulted from deliberate indifference toward copyright laws. *See Divine Mill Music v. Blackmon's Inc.,* 2008 U.S. Dist. LEXIS 89755 (S.D. Ill. 2008) (awarding "$ 7,000 per work infringed, for a total principal amount of $ 42,000"); *Dream Dealers,* 924 F.Supp. at 1153 (awarding $5,000 per

violation); *Broadcast Music, Inc. v. Entertainment Complex, Inc.,* 198 F. Supp. 2d 1291 (N.D. Ala. 2002) (awarding $3,909.09 for each of 11 copyright violations).

Therefore, Plaintiffs request is a just and appropriate statutory damages award.

In any civil action such as this one under the Copyright Act, costs and attorneys' fees are recoverable under 17 U.S.C. § 505. Accordingly, under this provision, the courts have allowed full recovery by the prevailing party of its reasonable costs. *See Milene Music, Inc. v. Gotauco,* 551 F. Supp. 1288, 1297 (D.R.I. 1982). In addition to statutory damages, Plaintiffs request an award of costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505. To date, Plaintiffs have incurred attorneys fees in the amount of $5,188. (*See* Exhibit 3 to Motion for Default Judgment, Affidavit of Jeremey R. Goolsby). This amount represents a reasonable fee in light of the experience of counsel, the nature of the case, and the services provided. *See Id.*

Because no responsive pleading was filed within the time provided by the Rules and by the Court's Order, pursuant to Federal Rule of Civil Procedure 55, Plaintiffs respectfully move this Court for entry of default judgment ordering that:

(a) Defendants Twin Kegs #2, LLC and Todd Rossbach, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restraining from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(b) Defendants Twin Kegs #2, LLC and Todd Rossbach pay statutory damages in the amount of $23,100, which represents an award of $5,775 for each of the four (4) acts of infringement, pursuant to 17 U.S.C. § 504(c);

(c) Defendants Twin Kegs #2, LLC and Todd Rossbach pay plaintiffs' costs, including reasonable attorneys' fees in the amount of $5,188, pursuant to 17 U.S.C. § 505;

(d)       Defendants Twin Kegs #2, LLC and Todd Rossbach pay interest on these awards pursuant to 28 U.S.C. § 1961.

Respectfully submitted,

*/s/ Jeremey R. Goolsby*
Jeremey R. Goolsby, BPR No. 034505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
Email: jgoolsby@fbtlaw.com

*Attorneys for Plaintiffs*

5

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail this 8th day of January 2024 upon the following:

Todd Rossbach
2204 Fox Avenue
Nashville, TN 37210
roddross007@gmail.com

Twin Kegs #2, LLC d/b/a Twin Keggs II
c/o Todd L. Rossbach, Registered Agent
2204 Fox Avenue
Nashville, TN 37210
roddross007@gmail.com

*/s/ Jeremey R. Goolsby*

0153313.0777309  4887-3823-3755v1

6